# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE TELECTRONICS PACING SYSTEMS, INC. ACCUFIX ATRIAL "J" LEADS PRODUCT LIABILITY LITIGATION | : : : : : : : | Master Case No. MDL-1057<br><br>Judge Timothy S. Black<br><br><br>(This document relates to all actions.) |

## ORDER AUTHORIZING DISTRIBUTION OF FUNDS FROM PATIENT BENEFIT FUND

Upon application of the Special Master, with the approval and consent of counsel for the Plaintiffs, it is hereby ordered that the Special Master shall disburse funds from the Administrative/Cost Account to the Class Member set forth in Attachment A to the Special Master's One Hundred Thirty-Ninth Request for payment of Medical Monitoring expenses in the amount of $89.33.

**IT IS SO ORDERED.**

Date: 6/22/2021

Timothy S. Black
United States District Judge